IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. FEATHERSTON                                                                                PLAINTIFF
ADC #154947

v.                                          Case No. 4:23-cv-00338-KGB

JOHNSON                                                                                                      DEFENDANT

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 5). Judge Ervin recommends that the Court dismiss plaintiff Joshua M. Featherston's complaint without prejudice based on his failure to state a plausible claim and that this Court decline to exercise jurisdiction over any potential state-law claims (*Id.*, at 4). Although Mr. Featherston filed a motion for order, which this Court has considered (Dkt. No. 7), Mr. Featherston filed no objections to the Recommendation, and the time for doing so has passed.

After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 5). The Court: (1) dismisses without prejudice Mr. Featherston's complaint (Dkt. No. 2), (2) recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g), (3) certifies that an *in forma pauperis* appeal taken from this Order and accompanying Judgment would be frivolous and not in good faith, and (4) denies as moot Mr. Featherston's motion for order (Dkt. No. 7).

It is so ordered this 14th day of March, 2024.

Kristine G. Baker
Chief United States District Judge